THE STATE EX REL. HEDDLESON *v.* BRADSHAW, WARDEN.

[Cite as *State ex rel. Heddleson v. Bradshaw,*
102 Ohio St.3d 90, 2004-Ohio-2000.]

(No. 2003–2039—Submitted April 14, 2004—Decided May 5, 2004.)

{¶ 1} The petition for a writ of habeas corpus is dismissed on the authority of *Pratts v. Hurley,* 102 Ohio St.3d 81, 2004-Ohio-1980, 806 N.E.2d 992.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Kravitz & Kravitz, L.L.C., and Kort Gatterdam, for relator.